

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel V. Acedo | Civil Action No.   17-cv-02346-GPC-LL |
| Plaintiff, | |
| V. | |
| R. Fisher, JR | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court ADOPTS the Magistrate Judge's Report in full and DENIES Petitioner's FAP. A certificate of appealability is DENIED.

| | |
|---|---|
| **Date:**       7/16/20 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  M. Exler<br>                                                             M. Exler, Deputy |